**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Margaret Esikiel
                              Plaintiff,

v.                                                Case No.: 1:11–cv–01487
                                                     Honorable Robert M. Dow Jr.

Centegra Health Systems
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 27, 2011:

      MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing set for 5/23/2011 at 11:00 AM. in Courtroom 1919. Notices Mailed by Judge's Staff (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.